1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY JOSEPH JONES, | Case No. 1:21-cv-01212-AWI-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| BRANDON PRICE, et al., | (ECF Nos. 6, 11) |
| Defendants. | |

Plaintiff initiated this action on August 11, 2021.  (ECF No. 1.)  On October 22, 2021, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 5.)  Plaintiff opposed the motion on December 6, 2021, and Defendants replied on December 13, 2021.  (ECF Nos. 8, 9.)  On December 15, 2021, the Court issued a minute order vacating the hearing before the District Judge and deeming the motion submitted on the briefings.  (ECF No. 10.)  The initial scheduling conference is currently set for May 17, 2022.  (See ECF No. 6.)

On April 22, 2022, the parties filed a stipulated request to continue the scheduling conference sixty days, to a date no earlier than July 18, 2022, in light of the motion to dismiss currently pending before the District Judge.  (ECF No. 11.)  The Court finds good cause exists to approve the stipulated request.  However, the Court shall continue the scheduling conference to August 1, 2022.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS

HEREBY ORDERED that:

1.      The scheduling conference set for May 17, 2022, is CONTINUED to **August 1, 2022,  at 2:00 p.m.** in Courtroom 9; and

2.      The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:   **April 25, 2022**

UNITED STATES MAGISTRATE JUDGE