UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY JOSEPH JONES,<br><br>   Plaintiff<br><br>   v.<br><br>BRANDON PRICE, Executive Director of Coalinga State Hospital in his individual capacity; PAM AHLIN, Executive Director in her individual capacity; ALDO MENDEZ; KEVIN ADAMS; CHANG LEE M.D.; DOES 1-10,<br><br>   Defendants | CASE NO. 1:21-CV-01212-AWI-SAB<br><br>ORDER WITHDRAWING LEAVE TO AMEND AND CLOSING CASE |

   On January 11, 2023, the Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. See Doc. No. 26. As a result of the order, all of the claims in the complaint were dismissed, but the dismissal was with leave to amend. See id. The Court granted Plaintiff twenty-one days to file an amended complaint. See id. As part of the order, the Court warned that the "failure of Plaintiff to file a timely second amended complaint will result in the withdrawal of leave to amend and closure of this case without further notice." Id. More than twenty-one days have passed, and despite the Court's warning, Plaintiff has not filed an amended complaint.

   The Court takes Plaintiff's failure to comply with the January 11 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter. Plaintiff's failure to file a second amended complaint prevents this case from proceeding because the operative complaint contains no viable claims against any Defendant, and the time to file an amended complaint has now passed. The Court's docket is too congested to leave cases open where no viable claims are stated. Therefore, it is appropriate to close this case.

Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file a second amended complaint as previously instructed, leave to amend as previously granted in the January 11, 2023 order on Defendants' motions to dismiss is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   February 8, 2023                                          /s/ [signature]
                                                                                    SENIOR  DISTRICT  JUDGE